AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

United States of America
v.

Darrell Goins
DOB: XXXXXX

_Defendant(s)_

)
)
)
)
)
)
)

Case: 1:24-mj-00162
Assigned To : Judge Zia M. Faruqui
Assign. Date : 5/3/2024
Description: COMPLAINT W/ARREST WARRANT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the _____ in the District of ___Columbia___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|

18 U.S.C. § 231(a)(3) - Civil Disorder,
18 U.S.C. § 111(a)(1) and (b) - Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon ,
18 U.S.C. § 111(a)(1) - Assaulting, Resisting, or Impeding Certain Officers,
18 U.S.C. § 1752(a)(1), (2), (4), and (b)(1) - Entering and Remaining, Disorderly or Disruptive Conduct, and Act of Physical Violence in a Restricted Building or Grounds Using a Dangerous Weapon,
40 U.S.C. § 5104(e)(2)(D) and (F) - Disorderly or Disruptive Conduct and Act of Physical Violence in a Capitol Building or Grounds,
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_Complainant's signature_

_____, Agent
_Printed name and title_

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: _____05/03/2024_____

_Judge's signature_

City and state: _____Washington, D.C._____         Zia M. Faruqui, U.S. Magistrate Judge
_Printed name and title_