AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

605-569-0997

United States of America
v.
Darrell Goins

)  Case: 1:24-mj-00162
)  Assigned To : Judge Zia M. Faruqui
)  Assign. Date : 5/3/2024
)  Description: COMPLAINT W/ARREST WARRANT
)
)
)

Defendant

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)    Darrell Goins,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - Civil Disorder;
18 U.S.C. § 111(a)(1) and (b) - Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon ;
18 U.S.C. § 111(a)(1) - Assaulting, Resisting, or Impeding Certain Officers;
18 U.S.C. § 1752(a)(1), (2), (4), and (b)(1) - Entering and Remaining, Disorderly or Disruptive Conduct, and Act of Physical Violence in a Restricted Building or Grounds Using a Dangerous Weapon;
40 U.S.C. § 5104(e)(2)(D) and (F) - Disorderly or Disruptive Conduct and Act of Physical Violence in a Capitol Building or Grounds;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date:    05/03/2024

_Zia M. Faruqui_
Issuing officer's signature

City and state:    Washington, D.C.    Zia M. Faruqui, U.S. Magistrate Judge
Printed name and title

---

### Return

This warrant was received on (date)  5/9/24 , and the person was arrested on (date)  5/9/24
at (city and state)  Belle Fourche, SD .

Date:  5/9/24

_Special Agent Stephen Beery_
Arresting officer's signature

Special Agent Stephen Beery
Printed name and title