IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF  DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DARRELL GOINS,<br><br>    Defendant. | 1:24-MJ-00162-ZMF<br><br>REQUEST FOR NOTICE PURSUANT TO FED. R. EVID. 404(b), 609(b), and 807(b) |

Defendant above-named, Darrell Goins, by and through his undersigned attorney, Assistant Federal Public Defender Randy Turner, requests that the U.S. Attorney provide the undersigned with the following:

1.  Notice of the general nature of any and all evidence which the United States intends to offer at trial, pursuant to the provisions of Fed. R. Evid. 404(b), sufficiently in advance of trial so Defendant is afforded a fair opportunity to contest the use of the evidence;

2.  Notice of any conviction or convictions with respect to which a period of more than 10 years has elapsed since the date of the conviction, pursuant to the provisions of Fed. R. Evid. 609(b), which the United States intends to offer at trial for the purpose of attacking the credibility of Defendant or any witness,

sufficiently in advance of trial so Defendant is afforded a fair

opportunity to contest the use of the evidence; and

3.      Notice of any evidence of material which the United States

intends to offer at trial under the residual hearsay exception

provisions of Fed. R. Evid. 807 sufficiently in advance of trial so

Defendant is afforded a fair opportunity to contest the use of the

evidence.

Defendant requests that this information be provided no later than the

deadline set by the Court for the disclosure of discovery by the government

or, if no order setting a deadline for the government's disclosure of discovery

is entered, no later than 15 days before trial.

Dated this 30th of May, 2024.

Respectfully submitted,

JASON J. TUPMAN
Federal Public Defender
By:

 /s/ Randy Turner
Randy Turner
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
Districts of South and North Dakota
101 South Pierre St., Third Floor
Pierre, SD 57501
Telephone: (605)224-0009
Facsimile: (605)224-0010
filinguser_SDND@fd.org

2